# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4198

_____

Roger Eugene Gresham,                              *
                                                   *
            Appellant,                             *
                                                   *
      v.                                           *
                                                   *
Conan Bruce, Investigator, Searcy,                 *
Arkansas; Joseph Gahn, ATF Special                 *   Appeal from the United States
Agent, Little Rock, Arkansas,;                     *   District Court for the
Philip Hydron; Mike Bland, Individual              *   Eastern District of Arkansas.
and Official Capacity; Carl Von                    *
Winkle, Individual and Official                    *       [UNPUBLISHED]
Capacity; City of Searcy, Arkansas;                *
Searcy, Arkansas Police Department;                *
Bureau of Alcohol, Tobacco &                       *
Firearms,                                          *
                                                   *
            Appellees.                             *

_____

Submitted: July 6, 1998
Filed: July 9, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Roger Gresham appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 and <u>Bivens</u>[2] action against certain police officers of the City of Searcy, Arkansas and others. Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

[2]<u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).